[No. 7435.   Decided October 15, 1908.]

THE STATE OF WASHINGTON, *Respondent*, v. S. R. DAVIS, *Appellant*.[1]

Appeal from a judgment of the superior court for Pacific county, Rice, J., entered April 21, 1908, upon a trial and conviction of the violation of an ordinance regulating peddlers.   Reversed.

*E. B. Dufur*, for appellant.

*A. J. Allen*, for respondent.

PER CURIAM.—The facts and legal questions involved in this cause are identical with those involved in *State v. Glasby*, *ante* p. 598, 97 Pac. 734.   For the reasons stated in the opinion in the last mentioned case, the judgment in this cause is reversed, and the case is remanded with instructions to vacate the judgment, dismiss the action, and discharge the defendant.

---

[No. 7617.   Decided October 15, 1908.]

ANNIE HARRIS *et al.*, *Respondents*, v. PUGET SOUND ELECTRIC RAILWAY COMPANY, *Appellant*.[2]

Motion to dismiss an appeal from a judgment of the superior court for King county, Albertson, J., entered April 17, 1908, upon the verdict of a jury rendered in favor of the plaintiff in an action for personal injuries.   Denied.

*James B. Howe* and *Hugh A. Tait*, for appellant.

*Blaine, Tucker & Hyland* and *Robert C. Saunders*, for respondents.

PER CURIAM.—Motion to dismiss appeal.   On the authority of the opinion in *Sipes v. Puget Sound Electric R. Co.*, *ante* p. 585, 97 Pac. 723, the motion to dismiss is denied.

---

[No. 7443.   Decided November 7, 1908.]

SADIE SILVERSTONE *et al.*, *Respondents*, v. B. T. TOTTEN *et al.*, *Appellants*.[3]

Appeal from a judgment· of the superior court for King county, Albertson, J., entered March 19, 1908.   Affirmed.

*I. H. Randolph*, for appellants.

*Edward Judd*, for respondents.

PER CURIAM.—The questions of law and fact in this case are identical with the questions involved in the case of *Silverstone· v. Totten*, *ante* p. 447, 97 Pac. 491, and on the strength of that decision and the stipulation of counsel, the judgment herein is affirmed.

[1]Reported in 97 Pac. 737.

[2]Reported in 97 Pac. 728.

[3]Reported in 97 Pac. 1135.